# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>ESTEVAN NAVARRO,<br>MIGUEL NAVARRO-SANCHEZ,<br>JUAN PABLO ARCADIA, and<br>GERARDO LOPEZ-ANGULO,<br><br>　　　　Defendants. | Case No. 3:16-cr-00013-HDM-WGC<br><br>*and related case* |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>GERARDO LOPEZ-ANGULO,<br>GONZALO ORTEGA-MENDOZA, and<br>OSVALDO GARCIA-GARCIA,<br><br>　　　　Defendants. | Case No. 3:16-cr-00026-MMD-VPC<br><br>Reassignment Order |

The presiding District Judges in these actions have reviewed the government's notice of related cases (ECF No. 43 in case no. 3:16-cr-0013; ECF No. 35 in case no. 3:16-cr-00026) and have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge. Additionally, reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that case no. 3:16-cr-00026-MMD-VPC is reassigned to District Judge Howard D. McKibben, and Magistrate Judge William G. Cobb, and all future pleadings must bear case number 3:16-cr-00026-HDM-WGC.

DATED THIS 11th day of May 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE