1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7              **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,      )        3:16-cr-00026-HDM-WGC
                                  )
10              Plaintiff,        )
                                  )        ORDER
11 vs.                            )
                                  )
12                                )
   GONZALO ORTEGA-MENDOZA, et al., )
13                                )
              Defendants.         )
14 _____)

15      Before the court is Defendant Osvaldo Garcia-Garcia's joinder in
16 motion to suppress evidence.  (ECF No. 50).  Defendant Osvaldo Garcia-
17 Garcia also joins in the request for an evidentiary hearing.   No
18 objection to the joinder has been filed and the time for doing so has
19 expired.  Accordingly, Defendant Osvaldo Garcia-Garcia's motion for
20 joinder (ECF No. 50) is **GRANTED.**

21      **IT IS ORDERED** that an evidentiary hearing on the motion to
22 suppress (ECF No. 49) is set for August 17, 2016, at 10:30 AM in Reno
23 Courtroom 4 before Judge Howard D. McKibben.

24      IT IS SO ORDERED.

25      DATED: This 20th day of July, 2016.

26
27                          _Howard D McKibben_
                          _____
28                          UNITED STATES DISTRICT JUDGE

                                    1