1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:16-cr-00013-HDM-WGC-4 |
| | ) | 3:16-cr-00026-HDM-WGC-1 |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| GERARDO LOPEZ-ANGULO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 19, 2016, Defendant Gerardo Lopez-Angulo filed a motion for discovery regarding the confidential informant and designated it as sealed without seeking leave to file under seal.  Pursuant to Local Rule IA 10-5(a), "[u]nless otherwise permitted by statute, rule or prior court order, papers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal."

Therefore, the motion will be unsealed on August 26, 2016, unless the defendant files a motion to seal setting forth with particularity

1

the justification for sealing on or before August 26, 2016.

IT IS SO ORDERED.

DATED: This 22nd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE